# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1026
LT Case No. 2018-31294-CICI

_____

6M PROPERTIES, LLC, A
FLORIDA LIMITED LIABILITY
COMPANY, AND DANIEL KATZ,

     Appellants,

     v.

REBECCA BYNUM, JOHN M.
FIORETTI, CERTIFIED SIGNAGE,
INC., A FLORIDA CORPORATION
D/B/A CENTRAL SIGNS,

     Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Mary G. Jolley, Judge.

John N. Bogdanoff, of The Carlyle Appellate Law Firm, Orlando,
for Appellants.

No Appearance for Appellees.

October 31, 2023

PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., WALLIS, and HARRIS, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––